RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 3/20/07
        63

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| LISA RICHARD | : | |
| VERSUS | : | CIVIL ACTION NO.: CV06-1665 L-O |
| POLICE OFFICER WILEY E. "NED" MAULDIN, ET AL | : | JUDGE HAIK; MAG. JUDGE METHVIN |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

## CONSENT JUDGMENT

By agreement of all counsel and considering the **Motion to Strike Penalty, Punitive, and Exemplary Damages** previously filed on behalf of the OFFICER WILEY E. MAULDIN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE TOWN OF CHURCH POINT, and the TOWN OF CHURCH POINT;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the **Motion to Strike Penalty, Punitive, and Exemplary Damages** filed on behalf of the OFFICER WILEY E. MAULDIN, IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE TOWN OF CHURCH POINT, and the TOWN OF CHURCH POINT, be and it is hereby GRANTED, as there is no Louisiana state statute that allows for the recovery of punitive or exemplary damages in this matter, and that pursuant to *City of Newport v. Fact Concerts, Inc.*, 101 S.Ct. 2748 (1981), punitive damages cannot be recovered from a municipality, and that Plaintiffs' claims against the OFFICER WILEY E. MAULDIN, IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE TOWN OF CHURCH POINT, and the TOWN OF CHURCH POINT for punitive damages be stricken from the record of these proceedings.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the **Motion to Strike Penalty, Punitive, and Exemplary Damages** filed on behalf of the OFFICER WILEY E. MAULDIN, IN HIS INDIVIDUAL CAPACITY is denied.

THUS DONE AND SIGNED this 20th day of March, 2007, at Lafayette, Louisiana.

_____
JUDGE

SUBMITTED BY:

BORNE & WILKES, L.L.P.

BY: _____
JOHN F. WILKES, III (Bar Roll #1644), T.A.
LISA E. MAYER (Bar Roll #23855)
JOY C. RABALAIS (Bar Roll #26476)
DAYNA M. EDWARDS (Bar Roll #30491)
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305
Telephone: (337) 232-1604 Ext. 224

ATTORNEYS FOR OFFICER WILEY E. MAULDIN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE TOWN OF CHURCH POINT, and the TOWN OF CHURCH POINT

APPROVED:

_____
Mr. L. Clayton Burgess
Attorney at Law
P. O. Drawer 5250
Lafayette, LA 70502-5250

ATTORNEY FOR PLAINTIFF, LISA RICHARD